CR 05 0651

MJL:BTR:aoa
F.#2003R01446

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  SEP 0 1 2005  ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

    -against-

ADAM KAPLAN,

           Defendant.

- - - - - - - - - - - - - - -x

I N F O R M A T I O N

Cr. No._____
(T. 18, U.S.C., §§ 982,
1956(h) and 3551 et seq.)

FEUERSTEIN, S

LINDSAY, M.

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(Conspiracy to Launder Money)

1. On or about and between January 1, 1997 and March 31, 2001, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ADAM KAPLAN, together with others, did knowingly and intentionally conspire to conduct financial transactions affecting interstate commerce, which in fact involved the proceeds of specified unlawful activity, to wit: securities fraud, in violation of Title 15, United States Code, Section 78j(b) and Rule 10b-5 (Title 17, Code of Federal Regulations, Section 240.10b-5) of the rules and regulations of the Securities and Exchange Commission, and mail fraud, in violation of Title 18, United States Code, Section 1341, knowing that the property involved in the financial

2

transactions represented the proceeds of some form of unlawful activity (a) with the intent to promote the carrying on of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i), and (b) knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

(Title 18, United States Code, Sections 1956(h) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that upon his conviction of the offense charged in Count One the government will seek forfeiture in accordance with Title 18, United States Code, Section 982, of all property involved in the offense in violation of Title 18, United States Code, Section 1956, or conspiracy to commit such offense, and all property traceable to such property as a result of the conviction of Count One, including, but not limited to, $12,000,000 in United States currency.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due

3

        diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property, which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

        (Title 18, United States Code, Section 982)

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136